**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**BETTY LYNN NERSESIAN** **PLAINTIFF**

**V.** **CIVIL ACTION NO.1:06CV311 LTS-RHW**

**LEXINGTON INSURANCE COMPANY** **DEFENDANT**

**ORDER GRANTING MOTION TO REMAND**

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the plaintiff's motion to remand [6] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Chancery Court of Jackson County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed;

The plaintiff's motion to stay the defendant's motion to dismiss is hereby **DENIED AS MOOT;**

That the defendant's motion to dismiss [3] is hereby **DENIED**.

**SO ORDERED** this 31st day of July, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge

Case 1:06-cv-00311-LTS-RHW   Document 12   Filed 08/01/06   Page 2 of 2